UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. SISNEROS,<br><br>             Plaintiff,<br><br>       v.<br><br>OAKLAND UNIFIED SCHOOL<br>DISTRICT,<br><br>             Defendant. | Case No. 19-cv-01545-JD<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 2 |

The complaint indicates that this case is substantially similar to another action in this District, *Ricardo A. Sisneros v. Oakland Unified School District*, 14-cv-5144-JST, which was dismissed in November 2016. Plaintiff is directed to show in writing by May 1, 2019, how the claims and facts here are materially different, and why the case should be allowed to proceed in light of the prior dismissal. Plaintiff is advised that any failure to meet this deadline or the terms of this order will result in dismissal of this case with prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 10, 2019

_____
JAMES DONATO
United States District Judge