United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. SISNEROS,<br><br>       Plaintiff,<br><br>    v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>       Defendant. | Case No. 19-cv-01545-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 2 |

The complaint indicates that this case is substantially similar to another action in this District, *Ricardo A. Sisneros v. Oakland Unified School District*, 14-cv-5144-JST, which was dismissed in November 2016. Plaintiff is directed to show in writing by May 1, 2019, how the claims and facts here are materially different, and why the case should be allowed to proceed in light of the prior dismissal. Plaintiff is advised that any failure to meet this deadline or the terms of this order will result in dismissal of this case with prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 10, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO A. SISNEROS,

    Plaintiff,

v.

OAKLAND UNIFIED SCHOOL DISTRICT,

    Defendant.

Case No. 19-cv-01545-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricardo A. Sisneros
3002 Galindo Street
Oakland, CA 94601

Dated: April 10, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO